UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MARIO POWELL<br>Plaintiff | CIVIL ACTION NO: 17-00559 |
| VERSUS | |
| THE CITY OF BATON ROUGE, JASON ACREE, ADRIEN THOMAS, DAVID BURTWELL & MAURICE DUKE | JUDGE: JWD |
| | MAGISTRATE: EWD |

## JOINT MOTION FOR FINAL DISMISSAL

NOW INTO COURT, through undersigned counsel, come Plaintiff, Mario Powell, and Defendants, The City of Baton Rouge, Jason Acree, Adrien Thomas, David Burtwell and Maurice Duke, who move for a final order of dismissal with prejudice as to all Defendants due to the settlement of Plaintiffs' claims against all Defendants. A sixty-day conditional order of dismissal pending finalization of final settlement documents was entered in this matter on 12/06/2018 (Rec. Doc. 21). This case has now been settled in full as to Defendants.

Plaintiffs and Defendants therefore move for final dismissal of all Defendants with prejudice.

Respectfully Submitted:

By: *s/Amy E. Newsom*
Amy E. Newsom (30650)
NEWSOM LAW FIRM, LLC
4224 Bluebonnet Blvd, Suite B
Baton Rouge, LA 70809
Telephone: 225-761-8000
Facsimile: 225-761-8200
amy@aenlaw.com
***ATTORNEY FOR PLAINTIFF***

1

By:  *s/ Candace B. Ford*
Candace B. Ford (37686)
Assistant Parish Attorney
P.O. Box 1471
Baton Rouge, LA 70821
Telephone: (225) 389-3114
Facsimile: (225) 389-8736
Cford@brla.gov
***ATTORNEY FOR DEFENDANTS***

CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the above and foregoing pleading has been served on counsel for all parties to this proceeding via the court's electronic service this 1st day of February, 2019.

*s/ Amy E. Newsom*
**Amy E. Newsom**