UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MARIO POWELL<br>　　Plaintiff | CIVIL ACTION NO: 17-00559 |
| VERSUS | JUDGE: JWD |
| THE CITY OF BATON ROUGE, JASON ACREE, ADRIEN THOMAS, DAVID BURTWELL & MAURICE DUKE | MAGISTRATE: EWD |

## FINAL ORDER OF DISMISSAL

Considering the foregoing Joint Motion for Final Dismissal:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Joint Motion for Final Dismissal is **GRANTED**, and Defendants, The City of Baton Rouge, Jason Acree, Adrien Thomas, David Burtwell and Maurice Duke, are hereby dismissed with prejudice.

BATON ROUGE, LOUISIANA, this __4th__ day of ____February____, 2019.

_____
**JUDGE, UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**